# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

**Minutes of Proceedings**

Judge: **Esther Salas**　　　　　　　　　　AUGUST 11, 2015
　　　　　　　　　　　　　　　　　　　　　Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky

**Title of Case:**　　　　　　　　　　Docket # **CV. 13-4297 (ES)**

Burns, et al. v. Flyte Tyme Worldwide, et al.

**Appearances:**
Matthew Miller, Esq, & Richard Swartz, Esq, for the pltfs.
Gregory Alvarez, Esq, & James McDonnell, Esq, for the defts.

**Nature of Proceedings:** FAIRNESS HEARING
Ordered the class certified.
Ordered pltfs, motions for approval of class action settlement and counsel fees are granted.
Opinion read into the record.


Time Commenced: 12:45 p.m.
Time Adjourned:  1:35 p.m.
Total Time: 50 Minutes

　　　　　　　　　　　　　　　　　　　Philip Selecky, Deputy Clerk