IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



| | |
|---|---|
| CHRISTOPHER BURNS, et al., *on behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FLYTE TYME WORLDWIDE, et al.,<br><br>Defendants. | Civil Action No. 13-cv-04297<br><br><br>ORDER |

AND NOW, on this 11th day of August 2015, upon consideration of the Plaintiffs' Motion for Final Approval of Collective and Class Settlement, for approval of attorney's fees and costs, and for approval of service payments to Named Plaintiffs, and upon consideration of arguments provided by counsel and collective and class members who appeared during the in-person Class Settlement Approval Hearing held on August 11, 2015, for the reasons as stated on the record, IT IS:

1. ORDERED that, having adjudged the terms of the Joint Stipulation of Settlement and Release ("Settlement Agreement") (Doc. No. 45-2) to be fair, reasonable, and adequate, the Settlement Agreement is given final approval by this Court;

2. ORDERED that Class Counsel's fee application for reasonable attorney's fees in the amount of $300,000 is approved;

3. ORDERED that Class Counsel's application for reasonable costs in the amount of $32,405.75 is approved.

4. ORDERED that Named Plaintiff Christopher Burns' application for a $3,000 service payment for his services to the class is approved;

5. ORDERED that and Named Plaintiffs Arturo Torres', Ronald Lee's, Mark Terry's, Reginald Hayes', William Coffield's, Miguel Casanova's, and Dave Gardner's applications for $1,500 service payments each for their services to the class are approved;

6. ORDERED that, provided no party or Class Member files an appeal, the Settlement Effective Date, as set forth in Paragraph J of the Settlement Agreement, shall be thirty-one (31) days from the date of this Order;

7. ORDERED that the Named Plaintiffs, and the Class Members who have not timely opted-out, are bound to the Settle Agreement, including, but not limited to, the Release terms set forth in Paragraph III.

8. ORDERED that this case shall be marked CLOSED by the Clerk and shall be dismissed on the merits and with prejudice as to the claims of Named Plaintiffs and all Class Members released by the terms of the Settlement Agreement.

BY THE COURT:

_____
The Honorable Esther Salas, USDJ

Dated: August 11, 2015